UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00246-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | (Under Seal) |
| SHAWN CHRISTOPHER ELLIOT | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 34 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __1__ day of __February__, 2019.

_____
TERRENCE W. BOYLE
Chief United States District Judge